IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SWORDFISH FITNESS OF FRANKLIN, INC., ET AL. | ) ) ) |
| Plaintiffs, | ) ) NO. 3:20-cv-00876 |
| v. | ) ) JUDGE CAMPBELL ) MAGISTRATE JUDGE NEWBERN |
| MARKEL INSURANCE COMPANY, and TREY W. SINER, INC. | ) ) ) |
| Defendants. | ) ) |

# FINAL JUDGMENT

On September 30, 2021, the Court dismissed Plaintiffs' claims for declaratory judgment and breach of the insurance policy with prejudice. (Doc. No. 49). There being no just reason to delay the entry of final judgment with regard to these claims, final judgment is hereby entered in favor of Defendants pursuant to Fed. R. Civ. P. 54 and 58.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE